IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:04CR3148 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER T. MALCOM, ) | **ORDER** |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Motion to Modify Order Setting Conditions of Release, filing 32. The Court, being fully advised in the premises, and noting that the government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the February 17, 2005, Order shall be modified to reflect the following:

> d) Upon being admitted, the defendant shall reside at the Houses of Hope, Lincoln, NE. Defendant shall not leave the facility without permission by an authorized staff member.

All other provisions of the February 17, 2005, Order shall remain in effect.

DATED this 27th day of May, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge