IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER T. MALCOM, | ) | |
| | ) | |
| Defendant. | ) | |

At the request of the Probation Officer, and on the court's own motion,

IT IS ORDERED that:

(1)     The requirement that the defendant participate in the Home Confinement Program and Electronic Monitoring is suspended.

(2)     The defendant is placed under house arrest and shall not leave his home without the pre-approval of the Probation Officer.

January 4, 2007.                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge