IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CHRISTOPHER MALCOM, | ) | |
| | ) | |
| Defendant. | ) | |

Defense counsel has been notified that he is to appear before the Eighth Circuit Court of Appeals for oral argument on March 13, 2007. Furthermore, Defendant Malcom's trial in Case No. 4:07CR3012 is set for April 16, 2007. Accordingly,

IT IS ORDERED that the defendant's revocation hearing is rescheduled (from March 13) to Monday, April 16, 2007, at 1:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 14, 2007.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge