IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER T. MALCOM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that an initial appearance on the amended petition for offender under supervision (filing 69) is scheduled on Friday, March 2, 2007, at 1:15 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

February 27, 2007.            BY THE COURT:

                              s/ *Richard G. Kopf*
                              United States District Judge